Judge Robert Bryan

# UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR 09-05347-RJB |
| Plaintiff, | ORDER ALLOWING FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY FOR DEFENDANT |
| vs. | |
| LORENOR DIMAS SALAZAR, | |
| Defendant | |

The matter having come upon by defendant's Motion for Withdrawal and Substitution of Attorney for Defendant and having concluded that such motion should be granted, now and therefore it is herby:

ORDERED that the Keith MacFie is withdrawn as counsel of record and Nicholas Marchi is substituted a counsel of record for the defendant.

DATED this 14th day of October, 2009.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION    1

Presented by:

s/ *Nicholas Marchi*
**NICHOLAS MARCHI**
Carney & Marchi, P.S.
WSBA # 19982
Attorney for Defendant

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION 2