

09-CR-05347-ORD

Honorable Robert Bryan

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONOR DIMAS SALAZAR,<br><br>Defendant | Case No. CR09-5347<br><br>ORDER CONTINUING<br>PRETRIAL MOTIONS<br>FILING DEADLINE<br><br>(Proposed) |

This matter having come on upon stipulated motion of the parties, requesting an extension of the pretrial motions due date, the Court having considered the same, and having concluded that such an extension should be granted, now and therefore it is hereby

ORDERED that the time within which to file pretrial motions is herby extended to October 30, 2009.

Done this 15 day of Oct, 2009.

ROBERT J. BRYAN
United States District Judge

ORDER CONTINUING
PRETRIAL MOTIONS DEADLINE - 1